# IN THE CIRCUIT COURT OF  JEFFERSON  COUNTY, ALABAMA

Dr. Mashiach C. Lassiter, individually and on behalf of all others similarly situated, Plaintiff,

v.

Alexander Shunnarah Injury Lawyers, P.C. and Treasure Sutton, Defendants.

## CLASS ACTION COMPLAINT FOR LEGAL MALPRACTICE AND BREACH OF CONTRACT

*[signature]*

## Parties and Jurisdiction

Plaintiff Dr. Mashiach C. Lassiter is a resident of Gardendale, Alabama. Defendant Alexander Shunnarah Injury Lawyers, P.C. is headquartered in Birmingham, AL. Defendant Treasure Sutton is an attorney employed by the firm. Jurisdiction and venue are proper because acts and omissions occurred in Alabama, and damages exceed this Court's jurisdictional minimum.

## Facts

Plaintiff retained Defendants on January 1, 2024 after being injured in a motor vehicle accident on August 29, 2022. Defendants promised that a child-support lien would not prevent recovery, but then failed to act. Defendants never filed a complaint, pursued discovery, investigated, or presented settlement options. Defendants repeatedly demanded duplicate documents, relied on automated texts, and failed to advance the case. On July 9, 2025, Defendants withdrew, citing the wrong statute of limitations (Maryland instead of Alabama). As a result, Plaintiff and similarly situated clients lost valuable claims.

## Count I – Legal Malpractice

Defendants owed duties of care under the Alabama Legal Services Liability Act. They breached those duties by failing to file timely complaints, failing to investigate, failing to advise of settlements, and misrepresenting deadlines.

## Count II – Breach of Contract

Plaintiff and Class members entered into attorney-client agreements. Defendants breached by failing to provide diligent representation. Damages include the value of lost underlying claims and costs.

## Prayer for Relief

On behalf of himself and the Class, Plaintiff demands: • Minimum compensatory damages of $10,000 per client. • For clients with larger underlying claims, damages proportional to those losses. • Costs, fees, and punitive damages given Defendants' systemic misconduct. • Punitive damages are further supported by Defendants' substantial financial resources, including over $2 billion in recoveries nationwide.

## Supporting Case Law

• Ex parte Panell, 774 So. 2d 647 (Ala. 2000): Recognized failure to file claims, missed statutes of limitation, and other attorney failures as grounds for malpractice. • Dennis v. Northcutt, ___ So. 3d ___ (Ala.): Established that malpractice claims may still be filed even when underlying statute expired if client only later discovered the negligence. • Alabama precedent requires a "case within a case" approach: damages equal to what the client would likely have recovered but for attorney malpractice. • Punitive damages may be awarded in cases of reckless or systemic misconduct.

*[signature]*