# MOTION FOR CLASS CERTIFICATION

## Numerosity

The proposed Class consists of hundreds or thousands of clients nationwide, making joinder impracticable.

## Commonality

All Class members were subjected to the same systemic failures: repeated document loops, lack of communication, missed filings, and expired claims.

## Typicality

Plaintiff's claims are typical of the Class because all arise from the same uniform course of conduct.

## Adequacy

Plaintiff will fairly and adequately protect Class interests and has no conflicts. Adequate counsel will ensure vigorous prosecution.

## Predominance

Common questions of law and fact predominate over individual questions, such as whether Defendants engaged in systemic malpractice.

## Superiority

A class action is superior to individual suits because it avoids duplicative litigation, conserves judicial resources, and ensures uniform relief.

